**Order entered December 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01041-CV

### PINGHUA LEI, JIE ZHU, AND CHIUNG YING "JOANN" CHEN, Appellants

### V.

### NATURAL POLYMER INTERNATIONAL CORPORATION AND NPIC SHANGHAI CO., LTD., Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01725-2018**

## ORDER

Before the Court is Bill Pedersen, III's December 4, 2018 motion to withdraw as counsel for appellant Pinghua Lei. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Mr. Pedersen as counsel for Mr. Lei. All future communication with Mr. Lei shall be directed to:

Pinghua Lei
neillei049@yahoo.com
11126 Still Hollow Dr.
Frisco, Texas 75035
(972) 750-0834.

On our own motion, we **EXTEND** the deadline for filing appellants' reply brief to January 3, 2019.

/s/     DAVID EVANS
        JUSTICE